# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 09-MJ-459 |
| v. | |
| DE'SEAN LAVAR MILTON, | WRIT OF HABEAS CORPUS *AD PROSEQUENDUM* |
| Defendant. | |

To: Sheriff, Lane County
125 E. 8th Avenue, Eugene, OR 97401

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of above named defendant, De'Sean Lavar Milton, FBI No. 716223DC7, a prisoner in your custody, to the U.S. Marshal, or his duly authorized Deputy, and/or the Federal Bureau of Investigation for the District of Oregon, who is hereby directed to produce said prisoner before this court on July 24, 2009, at 1:30 p.m., for the purpose of arraignment, trial or other proceedings. It is further ordered that the U.S. Marshal, or his duly authorized Deputy, and/or the Federal Bureau of Investigation, shall re-deliver said prisoner to your facility at the conclusion of said proceedings, and is authorized to incur the necessary expenses connected therewith, as provided by law.

Dated this 24th day of July 2009.

_____
THE HONORABLE PAUL J. PAPAK
UNITED STATES MAGISTRATE JUDGE

Presented by:

KENT S. ROBINSON
Acting United States Attorney

_____
KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney